IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| DAVID J REILLY | : | |
| & | : | |
| KRISTEN REILLY, | : | |
| | : | DOCKET NO.: 17-15845-MDC |
| DEBTORS | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | OBJECTION TO PLAN |
| DEPARTMENT OF REVENUE, | : | |
| | : | |
| MOVANT | : | HEARING DATE & TIME: |
| | : | NOVEMBER 9, 2017, at 9:30 A.M. |
| v. | : | |
| | : | |
| DAVID J REILLY | : | |
| & | : | |
| KRISTEN REILLY, | : | |
| | : | RELATED TO DOCKET NO.: 18 |
| RESPONDENTS | : | |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA
DEPARTMENT OF REVENUE'S OBJECTION TO
DEBTOR'S CHAPTER 13 PLAN

I, Joseph J. Swartz, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Chapter 13 Plan, on the parties at the below addresses, on November 6, 2017, by:

**17-15845-MDC Notice will be electronically mailed to:**

Robert J. Lohr, II at bob@lohrandassociates.com, leslie@lohrandassociates.com, r59687@notify.bestcase.com

William C. Miller at ecfemails@ph13trustee.com, philaecf@gmail.com

Joseph J. Swartz at RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us

Office of the United States Trustee at ustpregion03.PH.ECF@usdoj.gov

Karina Velter at amps@manleydeas.com

Matteo Samuel Weiner at bkgroup@kmllawgroup.com

**17-15845-MDC Notice will not be electronically mailed to:**

Synchrony Bank
c/o PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA  23541

EXECUTED ON:  November 7, 2017

                                                    Respectfully submitted by,

By:    /s/ Joseph J. Swartz
           Counsel
           PA Department of Revenue
           Office of Chief Counsel
           P.O. Box 281061
           Harrisburg, PA 17128-1061
           PA Attorney I.D.:  309233
           Phone: (717) 346-4645
           Facsimile: (717) 772-1459
           JoseSwartz@pa.gov