# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 17-15845-MDC

DAVID J REILLY
KRISTEN REILLY
1504 DIANNE CIRCLE

DOWNINGTOWN, PA 19335

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    DAVID J REILLY
    KRISTEN REILLY
    1504 DIANNE CIRCLE

    DOWNINGTOWN, PA 19335

**Counsel for debtor(s), by electronic notice only.**
    ROBERT J LOHR, II
    1246 WEST CHESTER PK
    SUITE 312
    WEST CHESTER, PA 19382

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107


                                      /s/ William C. Miller

Date: 11/29/2017

                                      _____
                                      William C. Miller, Esquire
                                      Chapter 13 Standing Trustee