# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-15845-MDC

DAVID J REILLY
KRISTEN REILLY
1504 DIANNE CIRCLE

DOWNINGTOWN, PA 19335

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    DAVID J REILLY
    KRISTEN REILLY
    1504 DIANNE CIRCLE

    DOWNINGTOWN, PA 19335

Counsel for debtor(s), by electronic notice only.

    ROBERT J LOHR, II
    1246 WEST CHESTER PK
    SUITE 312
    WEST CHESTER, PA 19382

                                    /S/ William C. Miller

Date: 3/6/2018                       _____

                                      William C. Miller, Esquire
                                      Chapter 13 Standing Trustee