# Earnings Statement

| | |
|---|---|
| Period Starting: | 02/17/2018 |
| Period Ending: | 03/02/2018 |
| Pay Date: | 03/08/2018 |

**01257**
**Company Code** **Loc/Dept** **Number** **Page**
RK / XXD 2188219    01/         10847    1 of 1

RH BENEDIX CONTRACTING INC
77 N BACTON HILL RD
FRAZER, PA 19355

David J Reilly
1504 Dianne Circle
Downingtown, PA 19335

Taxable Marital Status: Married
Exemptions/Allowances:      Tax Override:
  Federal: 0                  Federal:
  State: 0                    State:
  Local: 0                    Local:
Social Security Number: XXX-XX-XXXX

| | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| | 30.0000 | 80.00 | 2400.00 | 8731.50 |
| | 45.0000 | 0.18 | 8.10 | 742.50 |
| **Gross Pay** | | | **$2,408.10** | **$9,474.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -221.01 | 865.04 |
| Social Security | -149.30 | 587.39 |
| Medicare | -34.91 | 137.37 |
| Pennsylvania State Income | -73.93 | 290.86 |
| Pennsylvania State UI | -1.44 | 5.68 |
| E Whiteland T Local Income | -30.10 | 118.42 |
| East Whiteland Twp Local | -2.00 | 8.00 |

| | | |
|---|---|---|
| **Net Pay** | | **$1,895.41** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 80.18 | 307.55 |

ADP