IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| DAVID J REILLY | : | |
|     &     | : | |
| KRISTEN REILLY, | : | |
| | : | DOCKET NO.: 17-15845-MDC |
| <u>       DEBTORS       </u> | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | OBJECTION TO PLAN |
| DEPARTMENT OF REVENUE, | : | |
| | : | |
| MOVANT | : | HEARING DATE & TIME: |
| | : | AUGUST 16, 2018, at 9:30 A.M. |
| v. | : | |
| | : | |
| DAVID J REILLY | : | |
|     &     | : | |
| KRISTEN REILLY, | : | |
| | : | RELATED TO DOCKET NO.: <u>36</u> |
| RESPONDENTS | : | |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA
DEPARTMENT OF REVENUE'S OBJECTION TO DEBTORS'
AMENDED CHAPTER 13 PLAN

     I, Joseph J. Swartz, certify under penalty of perjury that I served the above captioned pleading Objection to Debtors' Amended Chapter 13 Plan, on the parties at the below addresses, on June 12, 2018, by:

**17-15845-MDC Notice will be electronically mailed to:**

Robert J. Lohr, II at bob@lohrandassociates.com, leslie@lohrandassociates.com, r59687@notify.bestcase.com, cyndy@lohrandassociates.com

Jeremy E. Meyer at jmeyer@cjtlaw.org

William C. Miller at ecfemails@ph13trustee.com, philaecf@gmail.com

Joseph J. Swartz at RA-occbankruptcy2@state.pa.us,
RA-occbankruptcy6@state.pa.us

Office of the United States Trustee at ustpregion03.PH.ECF@usdoj.gov

Karina Velter at amps@manleydeas.com

Matteo Samuel Weiner at bkgroup@kmllawgroup.com

**17-15845-MDC Notice will not be electronically mailed to:**

Synchrony Bank
c/o PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA  23541


EXECUTED ON:  June 13, 2018

                                          Respectfully submitted by,


                                  By:    /s/ Joseph J. Swartz
                                          Counsel
                                          PA Department of Revenue
                                          Office of Chief Counsel
                                          P.O. Box 281061
                                          Harrisburg, PA 17128-1061
                                          PA Attorney I.D.:  309233
                                          Phone: (717) 346-4645
                                          Facsimile: (717) 772-1459
                                          JoseSwartz@pa.gov