IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  DAVID J. REILLY  :  CHAPTER 13
       and  :
       KRISTEN REILLY  :
          Debtors  :
         :  BANKRUPTCY NO. 17-15845

**PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a)(8) AND (a)(9)**

We, David J. Reilly and Kristen Reilly, upon our oath according to law, hereby certify as follows in connection with the confirmation hearing scheduled for November 8, 2018 in the above-referenced case:

1. The above-named debtors are current with all post-petition obligations.

2. The above-named debtors have paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

3. The above-named debtors have filed all applicable Federal, State and Local tax returns, as required by 11 U.S.C. Section 1308.

4. If the confirmation hearing date stated above is adjourned for any reason, and the information herein changes, an updated Certification will be provided to the standing trustee prior to any subsequent Confirmation hearing date.

5. If this Certification is being signed by counsel of the debtor, counsel certifies that debtor was questioned about the statements in this Certification and supplied answers consistent with this Certification.

Dated: 11/2/2018    By: _____
                                David J. Reilly

Dated: 11/2/2018    By: _____
                                Kristen Reilly