IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| DAVID J REILLY | : | |
|     & | : | |
| KRISTEN REILLY, | : | |
| | : | DOCKET NO.: 17-15845-MDC |
|         DEBTORS | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | WITHDRAWAL OF OBJECTION |
| DEPARTMENT OF REVENUE, | : | |
| | : | |
|         MOVANT | : | |
| | : | |
| v. | : | |
| | : | |
| DAVID J REILLY | : | RELATED TO DOCKET NO. 44 |
|     & | : | |
| KRISTEN REILLY, | : | |
| | : | |
|         RESPONDENTS | : | |

CERTIFICATE OF SERVICE FOR WITHDRAWAL OF
PENNSYLVANIA DEPARTMENT OF REVENUE'S OBJECTION
TO DEBTORS' CHAPTER 13 PLANS

     I, Joseph J. Swartz, certify under penalty of perjury that I served the above captioned pleading Objection to Debtors' Chapter 13 Plans, on the parties at the below addresses, on December 4, 2018, by:

**17-15845-MDC Notice will be electronically mailed to:**

Robert J. Lohr, II at bob@lohrandassociates.com, leslie@lohrandassociates.com, r59687@notify.bestcase.com, cyndy@lohrandassociates.com

Jeremy E. Meyer at jmeyer@cjtlaw.org

William C. Miller at ecfemails@ph13trustee.com, philaecf@gmail.com

Joseph J. Swartz at RA-occbankruptcy2@state.pa.us,
RA-occbankruptcy6@state.pa.us

Office of the United States Trustee at ustpregion03.PH.ECF@usdoj.gov

Karina Velter at amps@manleydeas.com

Matteo Samuel Weiner at bkgroup@kmllawgroup.com

**17-15845-MDC Notice will not be electronically mailed to:**

Synchrony Bank
c/o PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA  23541


EXECUTED ON:  December 6, 2018

                                                Respectfully submitted by,

                                By:    /s/ Joseph J. Swartz
                                         Counsel
                                         PA Department of Revenue
                                         Office of Chief Counsel
                                         P.O. Box 281061
                                         Harrisburg, PA 17128-1061
                                         PA Attorney I.D.:  309233
                                         Phone: (717) 346-4645
                                         Facsimile: (717) 772-1459
                                         JoseSwartz@pa.gov