```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                              Case No. 17-15845-mdc
David J Reilly                                                      Chapter 13
Kristen Reilly
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Randi                 Page 1 of 1         Date Rcvd: Mar 06, 2019
                              Form ID: trc                Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2019.
14111068         +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2019                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2019 at the address(es) listed below:
              JEREMY E. MEYER    on behalf of Creditor    Trustees and Fiduciaries of the Iron Workers District
               Council Philadelphia and Vicinity Benefit and Pension Plans, et al. jmeyer@cjtlaw.org
              JOSEPH JASPER SWARTZ    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              KARINA   VELTER    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               amps@manleydeas.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              ROBERT J. LOHR, II    on behalf of Debtor David J Reilly bob@lohrandassociates.com,
               leslie@lohrandassociates.com;r59687@notify.bestcase.com;cyndy@lohrandassociates.com
              ROBERT J. LOHR, II    on behalf of Joint Debtor Kristen   Reilly bob@lohrandassociates.com,
               leslie@lohrandassociates.com;r59687@notify.bestcase.com;cyndy@lohrandassociates.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 8

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-15845-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| David J Reilly<br>1504 Dianne Circle<br>Downingtown PA 19335 | Kristen Reilly<br>1504 Dianne Circle<br>Downingtown PA 19335 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/05/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 10: PHEAA, PO Box 8147, Harrisburg, PA 17105 | ECMC<br>Po box 16408<br>St Paul, MN 55116 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   03/08/19                                   Tim McGrath
                                                   **CLERK OF THE COURT**