**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| **In Re:** | **DAVID REILLY** | : | **CHAPTER 13** |
| | | : | |
| | **and** | : | **BANKRUPTCY NO.: 17-15845** |
| | | : | |
| | **KRISTEN REILLY** | : | |
| | **Debtors** | : | |

**CERTIFICATE OF NO RESPONSE**

Debtors, David and Kristen Reilly, by and through their attorneys, Lohr & Associates,

Ltd., hereby certify the following:

1.      On March 4, 2019, Lohr & Associates, Ltd. filed an Application for Compensation, with

a Notice of Application for Compensation, Proposed Order and Certificate of Service in the

above-captioned bankruptcy case.

2.      On March 4, 2019, the Application for Compensation, Notice of Application for

Compensation, Proposed Order and Certificate of Service were timely served on all interested

parties, including the United States Trustee and the Chapter 13 Trustee, as shown on the

Certificate of Service.

No party in interest has served or filed any answer, objection or other responsive pleading

relating to the Application for Compensation.

WHEREFORE, Debtors respectfully requests that this Honorable Court enter an order

granting the Application for Compensation.

Lohr & Associates, Ltd.

Date:   April 10, 2019                              By:        /s/ Robert J. Lohr II
                                                               Robert J. Lohr II
                                                               Lohr & Associates, Ltd.
                                                               1246 West Chester Pike, Suite 312
                                                               West Chester, PA 19382
                                                               (610) 701-0222 - telephone
                                                               (610) 431-2792 - facsimile
                                                               bob@lohrandassociates.com   - e-mail