IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | **DAVID REILLY** | : | CHAPTER 13 |
|---|---|---|---|
| | | : | |
| | and | : | BANKRUPTCY NO.: 17-15845 |
| | | : | |
| | **KRISTEN REILLY** | : | |
| | Debtors | : | |

**ORDER APPROVING APPLICATION FOR COMPENSATION**

AND NOW, this __16th__ day of _____April_____, 2019, upon consideration of the Application for Compensation and any answers, objections or responsive pleadings, it is ORDERED that compensation of $6,500.00 is allowed and the balance due to counsel in the amount of $5,000.00 shall be distributed to counsel for the Debtors.

_____
Magdeline D. Coleman, United States
Bankruptcy Judge for the
Eastern District of Pennsylvania

*Interested Parties*

Robert J. Lohr II
Lohr & Associates, Ltd.
1246 West Chester Pike
Suite 312
West Chester, PA 19382

William C. Miller, Esquire
Standing Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107

Mr. David Reilly
Ms. Kristen Reilly
1504 Dianne Circle
Downingtown, PA 19335