United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 17-15845-mdc
David J Reilly                                                         Chapter 13
Kristen Reilly
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi          Page 1 of 1          Date Rcvd: Apr 16, 2019
                             Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2019.
db/jdb        +David J Reilly,    Kristen Reilly,    1504 Dianne Circle,    Downingtown, PA 19335-3575

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2019 at the address(es) listed below:
          JEREMY E. MEYER    on behalf of Creditor    Trustees and Fiduciaries of the Iron Workers District
          Council Philadelphia and Vicinity Benefit and Pension Plans, et al. jmeyer@cjtlaw.org
          JOSEPH JASPER SWARTZ    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
          RA-occbankruptcy6@state.pa.us
          KARINA  VELTER    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
          amps@manleydeas.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
          ROBERT J. LOHR, II    on behalf of Debtor David J Reilly bob@lohrandassociates.com,
          leslie@lohrandassociates.com;r59687@notify.bestcase.com;cyndy@lohrandassociates.com
          ROBERT J. LOHR, II    on behalf of Joint Debtor Kristen  Reilly bob@lohrandassociates.com,
          leslie@lohrandassociates.com;r59687@notify.bestcase.com;cyndy@lohrandassociates.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@phl13trustee.com,  philaecf@gmail.com
                                                                                       TOTAL: 8

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:      **DAVID REILLY**      :      **CHAPTER 13**
     :
        **and**      :      **BANKRUPTCY NO.: 17-15845**
     :
     **KRISTEN REILLY**      :
        **Debtors**      :

## ORDER APPROVING APPLICATION FOR COMPENSATION

AND NOW, this __16th__ day of _____April_____, 2019, upon consideration of

the Application for Compensation and any answers, objections or responsive pleadings, it is

ORDERED that compensation of $6,500.00 is allowed and the balance due to counsel in the

amount of $5,000.00 shall be distributed to counsel for the Debtors.

_Magdeline D. Coleman_
_____
Magdeline D. Coleman, United States
Bankruptcy Judge for the
Eastern District of Pennsylvania

_Interested Parties_

Robert J. Lohr II
Lohr & Associates, Ltd.
1246 West Chester Pike
Suite 312
West Chester, PA 19382

William C. Miller, Esquire
Standing Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107

Mr. David Reilly
Ms. Kristen Reilly
1504 Dianne Circle
Downingtown, PA 19335