UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

SALDUTTI LAW GROUP
Rebecca K. McDowell, Esquire
BNY Mellon Center
1735 Market Street, Suite 3750
Philadelphia, PA 19103
(610) 994-1137
Attorney for Creditor McCormick 112, LLC

| | |
|---|---|
| IN RE: | : CASE NUMBER: 17-15845-MDC |
| DAVID J. REILLY and KRISTEN REILLY, | : |
| | : CHAPTER 13 |
| Debtors. | : |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of McCormick 112, LLC. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

Saldutti Law Group
Rebecca K. McDowell, Esq.
BNY Mellon Center
1735 Market Street, Suite 3750
Philadelphia, PA 19103
Email: rmcdowell@slgcollect.com


SALDUTTI LAW GROUP


*/s/ Rebecca K. McDowell*
REBECCA K. MCDOWELL, ESQ.

Dated: September 24, 2019