# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | **Case No.: 17-15845** |
| **David J Reilly** | **Chapter 13** |
| **Kristen Reilly** | **Judge Magdeline D. Coleman** |
| | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** | \* |
| | |
| **JPMorgan Chase Bank, N.A.** | **Date and Time of Hearing** |
| **Movant,** | **Place of Hearing** |
| **vs** | **March 10, 2020 at 10:30 a.m.** |
| | |
| **David J Reilly** | **U.S. Bankruptcy Court** |
| **Kristen Reilly** | **900 Market Street, Courtroom #2** |
| | **Philadelphia, PA, 19107** |
| **William C. Miller, Esq.** | |
| **Respondents.** | |

## NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

JPMorgan Chase Bank, N.A. has filed a Motion for Relief from Automatic Stay.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before February 28, 2020, you or your attorney must do **ALL** of the following:

    A. File an answer explaining your position at:

    **Clerk, U.S. Bankruptcy Court**
    U.S. Bankruptcy Court
    900 Market Street
    Philadelphia, PA, 19107

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above, and

    B. Mail a copy to the Creditor's attorney and the below listed:

Frederic J. Baker
Office of the U.S. Trustee, Region 3

20-003477_EJS1

833 Chestnut St., Suite 500
Philadelphia PA 19107

William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA  19105
ecfemails@ph13trustee.com

Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above, and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Magdeline D. Coleman on March 10, 2020 at 10:30 a.m. in U.S. Bankruptcy Court, 900 Market Street, Courtroom #2, Philadelphia, PA, 19107.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office to find out whether the hearing has been canceled because no one filed an answer.

DATE:  February 13, 2020

20-003477_EJS1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | **Case No.: 17-15845** |
| **David J Reilly** | **Chapter 13** |
| **Kristen Reilly** | **Judge Magdeline D. Coleman** |
| | * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | * |
| | |
| **JPMorgan Chase Bank, N.A.** | **Date and Time of Hearing** |
| Movant, | **Place of Hearing** |
| vs | **March 10, 2020 at 10:30 a.m.** |
| | |
| **David J Reilly** | **U.S. Bankruptcy Court** |
| **Kristen Reilly** | **900 Market Street, Courtroom #2** |
| | **Philadelphia, PA, 19107** |
| **William C. Miller, Esq.** | |
| Respondents. | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Motion, Response Deadline, and Hearing Date regarding Motion for Relief from Automatic Stay was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Esq., Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA  19105

Robert J. Lohr, II, Attorney for David J Reilly and Kristen Reilly, Lohr & Associates, Ltd., 1246 West Chester Pike, Suite 312, West Chester, PA  19382, bob@lohrandassociates.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on February  13 , 2020:

David J Reilly and Kristen Reilly, 1504 Dianne Circle, Downingtown, PA  19335

DATE:  February 13, 2020

/s/ Karina Velter
Karina Velter, Esquire (94781)

20-003477_EJS1

Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

20-003477_EJS1