## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | **Case No.: 17-15845** |
| **David J Reilly** | **Chapter 13** |
| **Kristen Reilly** | **Judge Magdeline D. Coleman** |
| | * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | * |
| | |
| **JPMorgan Chase Bank, N.A.** | **Date and Time of Hearing** |
| **Movant,** | **Place of Hearing** |
| **vs** | **March 10, 2020 at 10:30 a.m.** |
| | |
| **David J Reilly** | **U.S. Bankruptcy Court** |
| **Kristen Reilly** | **900 Market Street, Courtroom #2** |
| | **Philadelphia, PA, 19107** |
| **William C. Miller, Esq.** | |
| **Respondents.** | |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT JPMORGAN
CHASE BANK, N.A. TO REPOSSESS 2015 SUBARU IMPREZA, VIN#
JF1GJAA55FH019034 (DOCUMENT NO. 68)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay ("Motion") filed on February 13, 2020 at Document No. 68 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than February 28, 2020.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

/s/ Karina Velter
───────────────────────
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028

20-003477_EJS1

Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

20-003477_EJS1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 17-15845** |
| **David J Reilly** | : | **Chapter 13** |
| **Kristen Reilly** | : | **Judge Magdeline D. Coleman** |
| | : | **\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*** |
| **Debtor(s)** | | **\*** |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | **Date and Time of Hearing** |
| **Movant,** | : | **Place of Hearing** |
| **vs** | : | **March 10, 2020 at 10:30 a.m.** |
| | : | |
| **David J Reilly** | : | **U.S. Bankruptcy Court** |
| **Kristen Reilly** | : | **900 Market Street, Courtroom #2** |
| | : | **Philadelphia, PA, 19107** |
| **William C. Miller, Esq.** | : | |
| **Respondents.** | | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Certification of No Objection Regarding Motion for Relief from the Automatic Stay with 30 day waiver with the Court to permit JPMorgan Chase Bank, N.A. to repossess 2015 Subaru Impreza, VIN# JF1GJAA65FH019034 was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Esq., Chapter 13 Trustee, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA  19105

Robert J. Lohr, II, Attorney for David J Reilly and Kristen Reilly, Lohr & Associates, Ltd., 1246 West Chester Pike, Suite 312, West Chester, PA  19382, bob@lohrandassociates.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on March  3  , 2020:

David J Reilly and Kristen Reilly, 1504 Dianne Circle, Downingtown, PA  19335

DATE:  March 3, 2020

/s/ Karina Velter

Karina Velter, Esquire (94781)

20-003477_EJS1

Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

20-003477_EJS1