**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | **:** | |
| | **:** | **Case No.: 17-15845** |
| **David J Reilly** | **:** | **Chapter 13** |
| **Kristen Reilly** | **:** | **Judge Magdeline D. Coleman** |
| | **:** | **\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*** |
| **Debtor(s)** | | |
| | **:** | |
| **JPMorgan Chase Bank, N.A.** | **:** | **Date and Time of Hearing** |
| **Movant,** | **:** | **May 19, 2020 at 10:30 a.m.** |
| **vs** | **:** | |
| | **:** | **Place of Hearing** |
| **David J Reilly** | **:** | **U.S. Bankruptcy Court** |
| **Kristen Reilly** | **:** | **900 Market Street, Courtroom #2** |
| | **:** | **Philadelphia, PA, 19107** |
| **William C. Miller** | **:** | |
| **Respondents.** | | **Related Document # 68** |

## ORDER OF COURT

        AND NOW, to wit, this __18th__ day of _____May_____, 2020, upon consideration of the foregoing Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1.      The terms of the foregoing Stipulation are hereby approved in their entirety and incorporated herein as part of this Order.

2.      Pursuant to the Stipulation, Movant is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

                        By the Court:

                        _Magdeline D. Coleman_
                        _____
                        MAGDELINE D. COLEMAN
                        CHIEF U.S. BANKRUPTCY JUDGE

CC:
    Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028,
    Columbus, OH  43216-5028 (notified by ecf)

    Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

William C. Miller, Chapter 13 Trustee, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105 (notified by ecf)

Robert J. Lohr II, Attorney for Debtor, Lohr & Associates, Ltd., 1246 West Chester Pike, Suite 312, West Chester, PA  19382 (notified by ecf)

David J ReillyKristen ReillyDebtor, 1504 Dianne Circle, Downingtown, PA  19335 (notified by regular US Mail)