United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
David J Reilly  
Kristen Reilly  
      Debtors

Case No. 17-15845-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi     Page 1 of 1     Date Rcvd: May 18, 2020  
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2020.  
db/jdb       +David J Reilly,    Kristen Reilly,    1504 Dianne Circle,    Downingtown, PA 19335-3575

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2020                                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2020 at the address(es) listed below:

         JEREMY E. MEYER    on behalf of Creditor    Trustees and Fiduciaries of the Iron Workers District Council Philadelphia and Vicinity Benefit and Pension Plans, et al. jmeyer@cjtlaw.org  
         JOSEPH JASPER SWARTZ    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us  
         KARINA VELTER    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com  
         KARINA VELTER    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com  
         REBECCA K. MCDOWELL    on behalf of Creditor    McCormick 112, LLC rmcdowell@slgcollect.com, pwirth@slgcollect.com  
         ROBERT J. LOHR, II    on behalf of Debtor David J Reilly bob@lohrandassociates.com, leslie@lohrandassociates.com;r59687@notify.bestcase.com  
         ROBERT J. LOHR, II    on behalf of Joint Debtor Kristen Reilly bob@lohrandassociates.com, leslie@lohrandassociates.com;r59687@notify.bestcase.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                                  TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No.: 17-15845 |
| David J Reilly | : | Chapter 13 |
| Kristen Reilly | : | Judge Magdeline D. Coleman |
| | : | * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : | |
| | : | |
| JPMorgan Chase Bank, N.A. | : | Date and Time of Hearing |
| Movant, | : | May 19, 2020 at 10:30 a.m. |
| vs | : | |
| | : | Place of Hearing |
| David J Reilly | : | U.S. Bankruptcy Court |
| Kristen Reilly | : | 900 Market Street, Courtroom #2 |
| | : | Philadelphia, PA, 19107 |
| William C. Miller | : | |
| **Respondents.** | | Related Document # 68 |

## ORDER OF COURT

AND NOW, to wit, this __18th__ day of _____May_____, 2020, upon consideration of the foregoing Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. The terms of the foregoing Stipulation are hereby approved in their entirety and incorporated herein as part of this Order.

2. Pursuant to the Stipulation, Movant is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

By the Court:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

CC:
Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

William C. Miller, Chapter 13 Trustee, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105 (notified by ecf)

Robert J. Lohr II, Attorney for Debtor, Lohr & Associates, Ltd., 1246 West Chester Pike, Suite 312, West Chester, PA  19382 (notified by ecf)

David J ReillyKristen ReillyDebtor, 1504 Dianne Circle, Downingtown, PA  19335 (notified by regular US Mail)