**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **David J Reilly** | : | Case No.: 17-15845 |
| **Kristen Reilly** | : | Chapter 13 |
| | : | Judge Magdeline D. Coleman |
| **Debtor(s).** | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Adam B. Hall**, who shall be substituted for Sarah E. Barngrover as counsel of record for creditor **JPMorgan Chase Bank, N.A.** ("Creditor"). Sarah E. Barngrover is no longer counsel for Creditor and should not receive future notices in this case.

| | |
|---|---|
| /s/ Sarah E. Barngrover | /s/ Adam B. Hall |
| Sarah E. Barngrover (28840-64) | Adam B. Hall (323867) |
| Manley Deas Kochalski LLC | Manley Deas Kochalski LLC |
| P.O. Box 165028 | P.O. Box 165028 |
| Columbus, OH  43216-5028 | Columbus, OH  43216-5028 |
| 614-220-5611; Fax 614-627-8181 | 614-220-5611; Fax: 614-627-8181 |
| sebarngrover@manleydeas.com | abh@manleydeas.com |

20-003477_PS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 17-15845** |
| **David J Reilly** : | **Chapter 13** |
| **Kristen Reilly** : | **Judge Magdeline D. Coleman** |
| : | * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** : | |
| : | |
| **JPMorgan Chase Bank, N.A.** : | **Related Document #** |
| **Movant,** : | |
| vs : | |
| : | |
| **David J Reilly** : | |
| **Kristen Reilly** : | |
| : | |
| **William C. Miller, Esq.** : | |
| **Respondents.** | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Esq., Chapter 13 Trustee, Office of the Chapter 13 Standing Trustee, P.O. Box 40837, Philadelphia, PA  19107, ecfemails@ph13trustee.com

Robert J. Lohr II, Attorney for David J Reilly and Kristen Reilly, Lohr & Associates, Ltd., 1246 West Chester Pike, Suite 312, West Chester, PA  19382, bob@lohrandassociates.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on September 13, 2021:

David J Reilly and Kristen Reilly, 1504 Dianne Circle, Downingtown, PA  19335

DATE: September 13, 2021

/s/ Adam B. Hall
Adam B. Hall, Esquire (323867)
Manley Deas Kochalski LLC

20-003477_PS

        P.O. Box 165028
        Columbus, OH  43216-5028
        Telephone: 614-220-5611
        Fax: 614-627-8181
        Attorneys for Creditor
        The case attorney for this file is Adam B. Hall.
        Contact email is abh@manleydeas.com

20-003477_PS