Certificate Number: 14912-PAE-DE-037073210

Bankruptcy Case Number: 17-15845



14912-PAE-DE-037073210

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 30, 2022, at 2:01 o'clock PM EST, Kristen Reilly completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: December 30, 2022

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor