**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| **In Re:** | **DAVID J. REILLY** | : | **CHAPTER 13** |
| | and | : | |
| | **KRISTEN REILLY** | : | **BANKRUPTCY NO. 17-15845** |
| | Debtors | : | |

**CHAPTER 13 DEBTORS' CERTIFICATIONS REGARDING
DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)**

*Part I.  Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), we certify that:

_X_   We owed no domestic support obligations when we filed our bankruptcy petition, and we have not been required to pay any such obligation since then.

___   We are or have been required to pay a domestic support obligation. We have paid all such amounts that our chapter 13 plan required us to pay. We have also paid all such amounts that became due between the filing of our bankruptcy petition and today.

*Part II.  If you checked the second box, you must provide the information below.*

My current address:   _____

My current employer and employer's address: _____

_____

*Part III.  Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

_X_   We have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that we or a dependent of ours uses as a residence, claims as a homestead, or acquired a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

___   We have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that we or a dependent of ours uses as a residence,

---

\*    Amounts are subject to adjustment on 4/01/25, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

B2830 (Form 2830) (page 2)

claims as a homestead, or acquired a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

*Part IV.  Debtors' Signatures*

We certify under penalty of perjury that the information provided in these certifications are true and correct to the best of our knowledge and belief.


Executed on      1/4/2023                    /s/ David J. Reilly
               Date                          David J. Reilly, Debtor


Executed on      1/4/2023                    /s/ Kristen Reilly
               Date                          Kristen Reilly, Debtor


\*    Amounts are subject to adjustment on 4/01/25, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.