United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-15845-mdc |
| David J Reilly | Chapter 13 |
| Kristen Reilly | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 06, 2023 | Form ID: 138OBJ | Total Noticed: 24 |

The following symbols are used throughout this certificate:

**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David J Reilly, Kristen Reilly, 1504 Dianne Circle, Downingtown, PA 19335-3575 |
| 14082108 | + | Iron Workers District Council (Phila and Vicinity), Pension Plan, 11600 Norcom Road, Philadelphia, PA 19154-2309 |
| 14110390 | + | Ironworkers District Council Benefit, Plans & Ironworkers Local 401 Funds, c/o Ryan R. Sweeney, Esq., 325 Chestnut St., Ste. 200, Phila., PA 19106-2602 |
| 13993024 | + | JPMORGAN CHASE BANK, N.A., c/o MATTEO SAMUEL WEINER, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14394485 | + | McCormick 112, LLC, c/o Saldutti Law Group, Rebecca K. McDowell, Esq., BNY Mellon Center, 1735 Market Street, Suite 3750 Philadelphia, PA 19103-7532 |
| 14015643 | + | RAYMOND J FALZONE, 22 E 3RD STREET, MEDIA, PA 19063-2907 |
| 14015644 | + | RONALD BAKER, 22 E 3RD ST, MEDIA, PA 19063-2907 |
| 14082107 | + | Trustees and Fiduciaries of the Iron Workers Dist, 11600 Norcom Road, Philadelphia, PA 19154-2309 |
| 14082026 | + | Trustees and Fiduciaries of the Iron Workers Distr, 11600 Norcom Road, Phila, PA 19154-2309 |
| 14082034 | + | Trustees and Fiduciaries of the Iron Workers Distr, 11600 Norcom Road, Philadelphia, PA 19154-2309 |
| 14082035 | + | Trustees and Fiduciaries of the Iron Workers Distr, Benefit and Pension Plans, 11600 Norcom Road, Philadelphia, PA 19154-2309 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 07 2023 00:11:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14001695 | | Email/PDF: bncnotices@becket-lee.com | Jan 07 2023 00:14:47 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14282851 | + | Email/Text: ECMCBKNotices@ecmc.org | Jan 07 2023 00:11:00 | ECMC, Po box 16408, St Paul, MN 55116-0408 |
| 14016752 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 07 2023 00:15:36 | JPMorgan Chase Bank, N.A., PO BOX 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 14461093 | | Email/Text: amps@manleydeas.com | Jan 07 2023 00:11:00 | JPMorgan Chase Bank, N.A., c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14011160 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 07 2023 00:11:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, Attention: Bankruptcy Department, PO Box 619096, Dallas TX 75261-9096 |
| 13981619 | + | Email/Text: amps@manleydeas.com | Jan 07 2023 00:11:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o KARINA VELTER, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14163223 | | Email/PDF: pa_dc_ed@navient.com | Jan 07 2023 00:15:33 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14111068 | + | Email/Text: bncnotifications@pheaa.org | Jan 07 2023 00:11:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14010579 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 07 2023 00:15:35 | Portfolio Recovery Associates, LLC, POB 41067, |

Case 17-15845-mdc    Doc 94    Filed 01/08/23    Entered 01/09/23 00:30:32    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 06, 2023 | Form ID: 138OBJ | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| | | | | Norfolk VA 23541 |
| 13976729 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 07 2023 00:14:45 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13983368 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 07 2023 00:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14009276 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 07 2023 00:15:36 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14082027 | *+ | Trustees and Fiduciaries of the Iron Workers Distr, 11600 Norcom Road, Phila, PA 19154-2309 |
| 14082156 | *+ | Trustees and Fiduciaries of the Iron Workers Distr, 11600 Norcom Road, Philadelphia, PA 19154-2309 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 08, 2023         Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor JPMORGAN CHASE BANK  N.A. amps@manleydeas.com |
| ALYK L OFLAZIAN | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com |
| JEREMY E. MEYER | on behalf of Creditor Trustees and Fiduciaries of the Iron Workers District Council Philadelphia and Vicinity Benefit and Pension Plans  et al. jmeyer@cjtlaw.org |
| JOSEPH JASPER SWARTZ | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us  RA-occbankruptcy6@state.pa.us |
| KARINA VELTER | on behalf of Creditor JPMORGAN CHASE BANK  N.A. kvelter@pincuslaw.com, ckohn@hoflawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor JPMORGAN CHASE BANK  N.A. bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 06, 2023 | Form ID: 138OBJ | Total Noticed: 24 |

REBECCA K. MCDOWELL
    on behalf of Creditor McCormick 112 LLC rmcdowell@slgcollect.com, pwirth@slgcollect.com;anovoa@slgcollect.com

ROBERT J. LOHR, II
    on behalf of Debtor David J Reilly bob@lohrandassociates.com leslie@lohrandassociates.com;r59687@notify.bestcase.com

ROBERT J. LOHR, II
    on behalf of Joint Debtor Kristen Reilly bob@lohrandassociates.com leslie@lohrandassociates.com;r59687@notify.bestcase.com

SARAH ELISABETH BARNGROVER
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper sarah.barngrover@beckshybrids.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 13

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: David J Reilly and Kristen Reilly
        Debtor(s)

Case No: 17−15845−mdc
Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/6/23

93 − 82
Form 138OBJ