United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-15845-mdc |
| David J Reilly | Chapter 13 |
| Kristen Reilly | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 16, 2023 | Form ID: 138FIN | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + David J Reilly, Kristen Reilly, 1504 Dianne Circle, Downingtown, PA 19335-3575 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jun 17 2023 00:42:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 17 2023 00:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor JPMORGAN CHASE BANK N.A. amps@manleydeas.com |
| ALYK L OFLAZIAN | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 16, 2023 | Form ID: 138FIN | Total Noticed: 3 |

on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com

JEREMY E. MEYER

on behalf of Creditor Trustees and Fiduciaries of the Iron Workers District Council Philadelphia and Vicinity Benefit and Pension Plans et al. jmeyer@cjtlaw.org

JOSEPH JASPER SWARTZ

on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us RA-occbankruptcy6@state.pa.us

KARINA VELTER

on behalf of Creditor JPMORGAN CHASE BANK N.A. karina.velter@powerskirn.com, bankruptcy@powerskirn.com

KENNETH E. WEST

ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST

on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

MATTEO SAMUEL WEINER

on behalf of Creditor JPMORGAN CHASE BANK N.A. bkgroup@kmllawgroup.com

REBECCA K. MCDOWELL

on behalf of Creditor McCormick 112 LLC rmcdowell@slgcollect.com, pwirth@slgcollect.com;anovoa@slgcollect.com

ROBERT J. LOHR, II

on behalf of Debtor David J Reilly bob@lohrandassociates.com leslie@lohrandassociates.com;r59687@notify.bestcase.com

ROBERT J. LOHR, II

on behalf of Joint Debtor Kristen Reilly bob@lohrandassociates.com leslie@lohrandassociates.com;r59687@notify.bestcase.com

SARAH ELISABETH BARNGROVER

on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper sarah.barngrover@beckshybrids.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: David J Reilly and Kristen Reilly
      Debtor(s)

Case No: 17−15845−mdc
Chapter: 13

_____

## NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

   To all parties in interest, NOTICE IS GIVEN THAT:

   The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

   All objections must be filed with the Clerk at the following address:

             900 Market Street
             Suite 400
             Philadelphia, PA 19107

   In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 6/16/23